IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-40048
Summary Calendar
_____


JERRY E. EASLEY,

                                          Petitioner-Appellant,


                        versus

GARY L. JOHNSON, Director,
Texas Department of Criminal
Justice, Institutional Division,

                                          Respondent-Appellee.

_____

Appeal from the United States District Court for the
Eastern District of Texas
USDC No. 6:95-CV-309
_____
                        August 27, 1996

Before JOLLY, JONES, and STEWART, Circuit Judges.

PER CURIAM:*

     Jerry E. Easley, # 421286, appeals the denial of his petition

for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Easley

argues that his habeas counsel was ineffective.  There is no

constitutional right to counsel in federal habeas proceedings.

     *Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

Johnson v. Hargett, 978 F.2d 855, 859 (5th Cir. 1992), cert. denied, 507 U.S. 1007 (1993). Thus, the district court did not abuse its discretion in denying Easley's motion for reconsideration on that basis. Easley also argues that his trial counsel was ineffective based upon the totality of his representation, but he does not point to any specific errors of counsel. This issue is deemed abandoned for failure to brief it adequately. See Yohey v. Collins, 985 F.2d 222, 225 (5th Cir. 1993). Easley's remaining arguments are that the evidence was insufficient, the indictment was insufficient, the jury instruction on parole was erroneous, and the affirmative finding of use of a deadly weapon was invalid. We have reviewed the record and find no reversible error as to these issues. Accordingly, we AFFIRM for the reasons stated by the district court. See Easley v. Director, TDCJ-ID, No. 6:95CV309 (E.D. Tex. Nov. 27, 1995).

A F F I R M E D.